

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00391-CV

_____

IN RE FANTASY FILES, LLC, AND CAMERON LEISZ, Relators

_____

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-362565-25

_____

Before Wallach, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for temporary stay are denied.

Per Curiam

Delivered:  July 1, 2026